UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Robert L. Griffin, Jr.,** | Civil No. 10-CV-2360 (SRN/JSM) |
| **Plaintiff,** | **ORDER** |
| v. | |
| **Michael J. Astrue,**<br>**Commissioner of Social Security,** | |
| **Defendant**. | |

---

Robert L. Griffin, Jr., 828 Spring Street NE, #709, Minneapolis, Minnesota 55413, pro se.

Lonnie F. Bryan, United States Attorney's Office, 600 U.S. Courthouse, 300 S. Fourth Street, Minneapolis, Minnesota 55415, for Defendant.

---

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Janie S. Mayeron dated March 11, 2011 [Doc. No. 18]. In the R&R, Magistrate Judge Mayeron recommends the dismissal of this case without prejudice for failure to prosecute. According to the record and the R&R, Plaintiff has repeatedly failed to comply with Court-mandated deadlines, although he has been given several extensions of time in which to do so. Plaintiff did not file objections to the R&R in the time period permitted. Having failed to object within the allotted time, Plaintiff has waived any objection to the R&R.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

    1.    Magistrate Judge Mayeron's Report and Recommendation (Doc. No. 18) is

      **ADOPTED**; and
2. This case is dismissed without prejudice for failure to prosecute under Fed. R. Civ. P. 41(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   April 4, 2011

                                                s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Judge